**Farmers State Bank of Brookport, appellant, v. R. C. Leeper et al., appellees.**

Suit to reform mortgage for misdescription, and to foreclose same. Decree for respondents. Appeal from the Circuit Court of Massac county; the Hon. D. T. Hartwell, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed November 7, 1919.

Fred R. Young, for appellant. H. A. Evans, for appellee John Deere Plow Co. Mulkey & Leonard, for appellee G. S. Corley.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Lenora Turner, formerly Lenora Smith, appellee, v. Jack Halstead et al., appellants.**

Action to recover under Dramshop Act, sec. 9 (J. & A. ¶ 4609), for death of plaintiff's decedent from fall due to intoxication. Judgment for plaintiff against two of defendants. Appeal from the Circuit Court of Franklin county; the Hon. R. E. Hickman, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed November 7, 1919.

Mooneyham & Lewis and W. P. Seeber, for appellants. Curtis Williams, G. A. Hickman and L. B. Skipper, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Catherine Ryan et al., appellees, v. Clemens Vahling et al., appellants.**

Creditor's bill. Decree for complainants. Appeal from the Circuit Court of Effingham county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the March term, 1919. Affirmed in part, reversed in part and remanded with directions. Opinion filed November 7, 1919.

Jacob Zimmerman and Byron Piper, for appellants. G. P. Denton, for appellees.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**J. J. Wuellner & Sons, appellant, v. Stanard-Tilton Milling Company, appellee.**

Suit by building contractor for accounting, to declare lien and to foreclose same. Decree for complainant. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed November 7, 1919.

Kincaly & Kinealy and Burroughs & Ryder, for appellant. D. G. Williamson and J. F. Eeck, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.